The Honorable Mary Jo Heston
Chapter 12
Hearing Date: October 26, 2017
Hearing Time: 9:00 a.m.
Place: Tacoma

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In re: | No. 17-41467 |
| SOUTHBANK DAIRIES, LLC, | CHAPTER 12 TRUSTEE'S OBJECTION TO MOTION TO WITHDRAW AS ATTORNEY FOR DEBTOR |
| Debtor. | |

COMES NOW the Chapter 12 Trustee, Virginia A. Burdette, and objects to counsel's motion to withdraw as attorney for Debtor. The Trustee believes it is in the best interest of all parties that Mr. Karnes continue to represent the Debtor unless or until the Debtor retains new counsel. The Washington Rules of Professional Responsibility provide that, "When ordered by a tribunal, a lawyer shall continue representation notwithstanding good cause for terminating the representation." RPC 1.16(c). Mr. Karnes has fulfilled his ethical obligations by filing the motion. Withdrawing now would result in a materially adverse effect on the interests of his client.

WHEREFORE, the Trustee respectfully requests that the motion to withdraw be denied.

Dated this 18th day of October, 2017.

*/s/ Virginia A. Burdette*
Virginia A. Burdette, WSBA #17921
Chapter 12 Trustee

CHAPTER 12 TRUSTEE'S OBJECTION TO MOTION TO WITHDRAW AS ATTORNEY FOR DEBTOR - 1

Virginia A. Burdette
Chapter 12 Trustee
5506 6th Ave. S., Ste. 207
Seattle, WA 98108
Telephone: (206) 441-0203
Facsimile: (206) 624-2631

Case 17-41467-MJH    Doc 116    Filed 10/18/17    Ent. 10/18/17 16:08:03    Pg. 1 of 1